414 A.2d 128

**Re ESTATE of Marjorie P. RODEL, Deceased.**

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 16, 1980.

C. Dean Francis, Philadelphia, for appellant.

John C. Schmidt, Jr., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.